1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   BRIGGS MATHESON (CABN 291287)
5  PATRICK O'BRIEN (CABN 292470)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-6557
8       FAX: (415) 436-7234
        Eric.Cheng@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,            ) CASE NO. 3:19-MJ-70373-JCS
                                          )
15 |     Plaintiff,                       ) **UNITED STATES' SUPPLEMENTAL**
                                          ) **RESPONSE TO DEFENDANTS' MOTIONS**
16 |     v.                               ) **FOR PRELIMINARY HEARING**
                                          )
17 | BLAKE, DIANE; BLAKE, TODD;           )
   COLBURN, AMY; COLBURN, GREGORY;        )
18 | HUNEEUS, AGUSTIN; ISACKSON, BRUCE;   )
   KLAPPER, MARJORIE; MCGLASHAN JR.,      )
19 | WILLIAM E.; PALATELLA, MARCI; and    )
   SARTORIO, PETER JAN,                   )
20                                        )
         Defendants.                      )
21                                        )
                                          )
22

23      On March 15, 2019, Defendants Amy Colburn and Gregory Colburn (collectively, the "Colburn

24 Defendants") each moved for a preliminary hearing before the Court. *See* Dkt. Nos. 33 & 34.

25      On March 22, 2019, the government opposed the Colburn Defendants' motions because the

26 government intended "to seek an indictment of [the Colburn] Defendants and to not proceed by a

27 preliminary hearing." *See* Dkt. No. 38. On March 26, 2019, the Colburn Defendants were indicted in

28 the United States District Court for the District of Massachusetts. *See United States v. Sidoo et al.*, Case

SUPP. RESP. TO DEFS.' MOTS. FOR PRELIM. HR'G
19-MJ-70373-JCS                         1

No. 19-cr-10080-NMG, Dkt. No. 119 (D. Mass.).

Accordingly, pursuant to Federal Rule of Criminal Procedure 5.1(a)(2), the Colburn Defendants' motions should be denied as moot.

|  | Respectfully submitted, |
|---|---|
|  | DAVID L. ANDERSON<br>UNITED STATES ATTORNEY |
| Date: March 28, 2019 | /s/<br>ERIC CHENG<br>BRIGGS MATHESON<br>PATRICK O'BRIEN<br>Assistant United States Attorneys |

SUPP. RESP. TO DEFS.' MOTS. FOR PRELIM. HR'G
19-MJ-70373-JCS                                          2